APPEAL NO. 03-15-00470-CR

IN THE
THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

Patrick HEANEY
Appellant

V.

The State of Texas
Appellee

FILED
September 2, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Appeal of cause No. DIDC-14-205206 From the
403rd Judicial District Court of Travis County

## FIRST MOTION FOR EXTENSION OF TIME NEEDED TO RESPOND TO JUDGEMENT IN ABOVE CAUSE RENDERED ON AUGUST 7TH, 2015

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Patrick Heaney, Appellant pro se, and Respectfully moves the Court to extend the deadline for filing his MOTION FOR REHEARING by (60) sixty days in order to show the Court that Appellant's cause does have jurisdiction in this Court giving appellant the right of Appeal. In support, Appellant would show the following.

I.

The Court of Appeals, third district, at Austin Rendered judgement on the above cause on August 7th, 2015. However, Appellant did not recieve notification until August 24th, 2015; due to medical chain to Galveston Hospital. Therefore, encompassing the mail box rule Appellate's deadline should be September 8th, 2015.

II.

Appellate would like a sixty (60) day extension in order to file his MOTION FOR REHEARING.

RECEIVED
SEP 02 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## III.

The Complete Appellate Record has not been made available to Appellant.

a) Appellant has, by letter, written The Honorable Judge Brenda Kennedy requesting appellate record with defendant's pro se motions to be included in The record.

b) Appellant has, by letter, written The District Clerk in order to supplement The Clerks Record pursuant to Tex. R. App. P. 34.5, to include Defendant's Pro se <u>Motion To Dismiss Appointed Counsel</u> (dated 10·28·2014), <u>MOTION TO GRANT ACCESS TO COURTS</u> (dated 11/2014). letter to Judge Brenda Kennedy, Requesting FARETTA WARNINGS (dated 10-14-14), which by Tex. R. App. P. 25.2(a)(2)(A) grant one the RIGHT TO APPEAL TRIAL court cause No. DIDC·14·205206.

c) Appellant has also requested from the District Clerk items in cause Nos) DIDC·14·301810, DIDC·14·900226 & DIDC·14·900227 which are factually related to The cause on Appeal. All four of These causes were disposed of on March 6th, 2015 At The same hearing and are inextricably intertwined with The particular crime set forth in The original charging instrument DIDC·14·301810. And Appellant has Requested that The Clerk include items from all four cause numbers.

## IV.

Appellate has eye surgery scheduled within the next thirty (30) Away from Appellant's unit of Assignment, therefore, will be without access to Courts for 10 days minimum.

## V.

Appellant has limited Access to Law Library (10 hrs/week) requests to Court to ORDER that Appellant is granted more time for Appellant has limited legal Knowledge, or legal citings to housing.

## VI.

Appellant prays The Court grant this MOTION And Extend the time to file <u>MOTION FOR REHEARING</u> by sixty (60) days.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of August, 2015, a true and correct copy of the above and foregoing MOTION FOR EXTENSION OF TIME... was forwarded to the office of the TRAVIS COUNTY DISTRICT ATTORNEY, P.O. Box 1748, Austin, Texas 78767

*Patrick Heaney*
Appellant, pro se

---

## UNSWORN DECLARATION

I, Patrick Heaney, TDCJ no. # 1987843 being presently incarcerated in the Texas Department of Criminal Justice at the Dominguez Unit in Bexar County Texas, verify and declare under penalty of perjury that the foregoing is TRUE and CORRECT.

Executed on this 31st day of August in the year 2015.

*Patrick Heaney*
declarant

Patrick Heaney
Dominguez Unit
6535 Cagnon Rd.
San Antonio, TX.
78252

## ORDER

On this the _____ day of _____, 2015 came on to be heard Appellant's <u>FIRST MOTION</u> <u>FOR EXTENSION OF TIME NEEDED TO RESPOND TO</u> <u>JUDGEMENT IN ABOVE CAUSE RENDERED ON AUGUST</u> <u>7th, 2015</u>, and said motion is hereby:

( ) GRANTED          ( ) DENIED

Signed on this the ___ day of _____, 2015


_____
Judge Presiding

August 31st, 2015

Patrick Heavey # 1989843
Dominguez Unit
6535 Cagnon Rd.
San Antonio, Tf. 78252

The Honorable Jeffery D. Kyle,
Clerk, Court of Appeals          RE: 03-15-00470-CR

Dear Clerk,

    Enclosed please find Appellant's pro se FIRST MOTION FOR EXTENSION OF TIME NEEDED TO RESPOND TO JUDGEMENT IN ABOVE CAUSE RENDERED ON AUGUST 7TH, 2015.

    Please file this motion and bring it to the attention of the Court.

    I also request that you notify me of the court's ruling on my motion.

Sincerely,

Patrick Heavey

Appellant - pro se

: Travis County District Attorney
: file

RECEIVED
SEP 0 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Patrick Heeney #1981843
Dominguez Unit
6535 Cagnon Rd.
San Antonio, Tx. 78252

Legal Mail

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
31 AUG 2015 PM 4 L

The Honorable Jeffrey D. Kyle
Court of Appeals, Clerk
P.O. Box 12547
Austin, Tx. 78711-2547

78711254747